# United States District Court
# For The Western District of North Carolina
# Asheville Division

MARK D. HUGHES,

       Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                          1:05cv271-MU-02

ROY COOPER, Attorney General
 of North Carolina,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2006 Order.

April 25, 2006                            FRANK G. JOHNS, CLERK

                                          *s/Elizabeth J. Barton*
                             BY: _____
                                  Elizabeth J. Barton, Deputy Clerk